UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

EUDORO CARDENAS-MENDOZA,

                    Defendant.

No. CR-08-6042-EFS

**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

     Before the Court is the Government's Motion to Dismiss Indictment. (Ct. Rec. 106.)   Leave of Court is given to dismiss the Indictment. (Ct. Rec. 1.)  The Court makes no judgment as to the merit or wisdom of this dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

     1.    The Government's Motion to Dismiss Indictment **(Ct. Rec. 106)** is **GRANTED**.

     2.    The Indictment **(Ct. Rec. 1)** shall be **DISMISSED**.

     3.    All pending motions are **DENIED AS MOOT**.

///

///

///

///

///

ORDER - 1

1    **IT IS SO ORDERED**.  The District Court Executive is hereby directed

2  to enter this Order and furnish copies to counsel, the U.S. Probation

3  Office, and the U.S. Marshal's Office.

4       DATED this   19th    day of January 2010.

5

6                          s/Edward F. Shea
                          EDWARD F. SHEA
7                    United States District Judge

8
Q:\Criminal\2008\6042.48.dismissal.frm
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26


ORDER - 2